CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMY EDWARD BALL, | ) CASE NO. 7:13CV00320 |
| Plaintiff, | ) |
| v. | ) FINAL ORDER |
| | ) |
| BRISTOL VIRGINIA CITY JAIL | ) |
| MEDICAL DEPARTMENT, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that pursuant to the amended complaint, the clerk is **DIRECTED** to add "Dr. Sherrill" as a defendant to the action; but plaintiff's complaint, as amended, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and this action is stricken from the active docket of the court.

ENTER: This 22nd day of August, 2013.

/s/ Glen E. Conrad
Chief United States District Judge