CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2013

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JEREMY EDWARD BALL,** | ) | **CASE NO. 7:13CV00320** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **BRISTOL VIRGINIA CITY JAIL** | ) | |
| **MEDICAL DEPARTMENT, ET AL.,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that pursuant to the amended complaint, the clerk is **DIRECTED** to add "Dr. Sherrill" as a defendant to the action; but plaintiff's complaint, as amended, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and this action is stricken from the active docket of the court.

**ENTER**: This 22d day of August, 2013.

Glen Conrad
Chief United States District Judge